# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **No.  10-03010-01-CR-S-RED** |
| | ) | |
| **JIMMIE WILLIAMSON,** | ) | |
| | ) | |
| **Defendant .** | ) | |

## ORDER

The United States Magistrate Judge has filed a Report and Recommendation that the defendant be declared competent to stand trial.  No objections have been filed.  It is therefore ORDERED that the defendant be declared competent to stand trial.


_____*/s/ Richard E. Dorr*_____
**RICHARD E. DORR**
**UNITED STATES DISTRICT JUDGE**


Date:  July 27, 2010